FILED

04/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0412

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0412

CITY OF GREAT FALLS,

     Plaintiff and Appellee,

     v.

RICKY EROS SANDOVAL,

     Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 27, 2020, within which to prepare, serve, and file its response brief.

**RC**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 17 2020